1  L. KIERAN KIECKHEFER, SBN 251978                JOEL P. WAELTY, SBN 226728
      kkieckhefer@gibsondunn.com                      joel@waeltylaw.com
2  JOSEPH A. GORMAN, SBN 267553                    LAW OFFICES OF JOEL P. WAELTY
      jgorman@gibsondunn.com                       101 Cooper Street, Suite 209
3  CHRISTINA MYROLD, SBN 324183                    Santa Cruz, CA 95060
      cmyrold@gibsondunn.com                       Telephone: 408.752.2003
4  GIBSON, DUNN & CRUTCHER LLP                     Facsimile: 408.290.8992
   One Embarcadero Center, Suite 2600
5  San Francisco, CA 94111-3715                    *Attorney for Defendant*
   Telephone: 415.393.8200                         JEFFREY APPLEBAUM
6  Facsimile: 415.393.8306

7  ILISSA SAMPLIN, SBN 314018
      isamplin@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, California 90071-3197
   Telephone:   213.229.7000
10 Facsimile:   213.229.7520

11 AHMED ELDESSOUKI, *pro hac vice*
      aeldessouki@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
13 New York, NY 10166-0193
   Telephone:   212.351.4000
14 Facsimile:   212.351.4035

15 *Attorneys for Plaintiff*
   *CADENCE DESIGN SYSTEMS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY APPLEBAUM, <br><br> Defendant. | Case No.   5:24-cv-00290-PCP <br><br> Judge: Honorable P. Casey Pitts <br><br> **JOINT STIPULATION TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |

  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant (collectively the "Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to continue the dates for the parties to file a Rule 26(f) Report and Case Management Statement, and the Initial Case Management Conference ("CMC"):

  WHEREAS, on January 17, 2024, Plaintiff Cadence Design Systems, Inc. ("Cadence") filed this case and alleging that Defendant Mr. Applebaum, *inter alia*, misappropriated its trade secrets and breached his agreement with Cadence by transferring large volumes of Cadence proprietary files to his personal computer devices (Dkt. No. 1.);

  WHEREAS, on January 17, 2024, this Court entered a scheduling order (Dkt. No. 4) setting April 11, 2024 as the last day for the parties to file a Rule 26(f) Report and file a Case Management Statement, and setting an Initial Case Management Conference ("CMC") hearing for April 18, 2024 at 1:00 PM;

  WHEREAS, since bringing this action, Mr. Applebaum has tendered his electronic devices to a forensic analysis firm and agreed to work with Cadence and the forensic analysis firm to identify and delete all Cadence proprietary files in his possession;

  WHEREAS, that process is ongoing, and as such, the parties respectfully request that this Court move the deadline for the parties to file a Rule 26(f) Report and Case Management Statement to May 30, 2024, and reschedule the CMC hearing to June 6, 2024, or as soon as practicable.

  NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that that the deadline for the parties to file a Rule 26(f) Report and Case Management Statement be May 30, 2024, and that the CMC be heard on June 6, 2024, or as soon as practicable. No other deadlines will be affected by this change.

//
//
//
//
//

Dated: March 29, 2024        */s/ Ahmed ElDessouki*
                                                     Counsel for Plaintiff

Dated: March 29, 2024        */s/ Joel Waelty*
                                                     Counsel for Defendant

**Filer's Attestation:** Pursuant to Civil L.R. 5-1(h)(3), the undersigned hereby attests that the other signatories have concurred in the filing of this document.

                                                            */s/ Ahmed ElDessouki*
                                                            *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY APPLEBAUM,<br><br>Defendant. | Case No.   5:24-cv-00290-PCP<br><br>Judge: Honorable P. Casey Pitts<br><br>[PROPOSED] ORDER REGARDING JOINT STIPULATION TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT AND RESCHEDULE CASE MANAGEMENT CONFERENCE |

Upon consideration of the Joint Stipulation To Extend Deadline to File Case Management Statement And Reschedule Case Management Conference, and good cause appearing, the Court hereby ORDERS that the deadline for the parties to file a Rule 26(f) Report and Case Management Statement shall be May 30, 2024, and that the Case Management Conference shall be heard on June 6, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 1, 2024

_____
HONORABLE P. CASEY PITTS
United States District Judge