L. KIERAN KIECKHEFER, SBN 251978
  kkieckhefer@gibsondunn.com
JOSEPH A. GORMAN, SBN 267553
  jgorman@gibsondunn.com
CHRISTINA MYROLD, SBN 324183
  cmyrold@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

AHMED ELDESSOUKI, *admitted pro hac vice*
  aeldessouki@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

JOEL P. WAETLY, SBN 226728
  joel@waeltylaw.com
LAW OFFICES OF JOEL P. WAETLY
101 Cooper Street, Suite 209
Santa Cruz, California 95060
Telephone: 408.752.2003
Facsimile: 408.290.8892

*Attorney for Defendant Jeffrey Applebaum*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>JEFFREY APPLEBAUM,<br><br>       Defendant. | CASE NO. 5:24-cv-00290-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiff Cadence Design Systems, Inc. ("Plaintiff") and Defendant Jeffrey Applebaum ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 16, 2024, Plaintiff filed its Complaint in the above-captioned action against Defendant;

WHEREAS, on February 8, 2024, Defendant filed his Answer to the Complaint;

WHEREAS, the parties have settled all claims in this action pursuant to a confidential settlement agreement;

WHEREAS, the parties have met and conferred and agree that the above-captioned action should be dismissed with prejudice, with each party to bear their own attorneys' fees and costs incurred in connection with this action;

WHEREAS, the parties also agree that the Case Management Conference, currently set for August 22, 2024, should be taken off calendar;

WHEREFORE, the parties hereby request that the Court enter the Proposed Order submitted concurrently herewith granting the parties' request and directing the clerk of court to dismiss the above-captioned action with prejudice.

**IT IS SO STIPULATED.**

DATED: June 11, 2024                    Respectfully submitted,

By:     /s/ L. Kieran Kieckhefer
        **GIBSON, DUNN & CRUTCHER**
        L. Kieran Kieckhefer
        Ilissa Samplin
        Joseph A. Gorman
        Ahmed ElDessouki
        Christina E. Myrold

        *Attorneys for Plaintiff Cadence Design Systems, Inc.*

By:     /s/ Joel P. Waelty
        **LAW OFFICES OF JOEL P. WAELTY**
        Joel P. Waelty

        *Attorney for Defendant Jeffrey Applebaum*

# [PROPOSED] ORDER

Having received and considered the Joint Stipulation submitted by the parties, and good cause appearing, the Court hereby approves and GRANTS the stipulation. As a result, the Court HEREBY ORDERS:

1. The clerk shall enter the parties' stipulated dismissal with prejudice and close the above-captioned action;

2. The Case Management Conference, currently set for August 22, 2024, shall be taken off calendar; and

3. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
The Honorable P. Casey Pitts
UNITED STATES DISTRICT COURT JUDGE

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 11, 2024      By:  /s/ L. Kieran Kieckhefer
                                L. Kieran Kieckhefer